UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **VERIDOC SYSTEMS LLC,**<br><br>  Plaintiff,<br>v.<br><br>**ASITE LLC,**<br><br>  Defendant. | C.A. No. 4:25-cv-05364 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff VeriDoc Systems LLC and Defendant Asite LLC hereby stipulate to the dismissal of all claims and counterclaims asserted in the case between the parties with prejudice and with each party to bear its own attorneys' fees, costs, and expenses.

February 27, 2026

Respectfully Submitted,

By: */s/Thomas L. Warden*
Thomas L. Warden
State Bar of Texas No. 24004174
Southern District of Texas No. 22342
twarden@conleyrose.com
Conley Rose, P.C.
777 North Eldridge Parkway, Suite 600
Houston, Texas 77079
(713) 238-8000 (Telephone)
(713) 238-8008 (Facsimile)

*Attorneys for Defendant*
*Asite LLC*

Respectfully Submitted,

By: */s/ David R. Bennett*
Joseph J. Zito
DNL ZITO
1250 Connecticut Ave., NW #700
Washington, DC 20036
202-466-3500
jzito@dnlzito.com

Benjamin C. Deming
DNL ZITO
3232 McKinney Ave
Suite 500
Dallas, Texas 75204
bdeming@dnlzito.com

David R. Bennett (Illinois Bar #6244214)
(*Admitted Pro Hac Vice*)

1

DIRECTION IP LAW
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Attorneys for Plaintiff*
*VeriDoc Systems LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2026, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                                            */s/ David R. Bennett*
                                            David R. Bennett